FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 12 2016

JAMES W. McCORMACK, CLERK
By: /s/ Rochelle
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. 5:16-CV-370 JLH-BD

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Christopher Deshawn Holder**
ADC # _____

Address: **300 East 2nd Street Pine Bluff AR 71601**

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Surell Deberry**
Position: **(L.T)**
Place of employment: **At time of Incident Dub Brassell Detention center**
Address: **300 East 2nd Street Pine Bluff, AR 71601**

Name of defendant: **Delucas Etherly**
Position: **Deputy**

This case assigned to District Judge **Holmes**
and to Magistrate Judge **Deere**

-4-

Place of employment: Dub Brassell Detention Center

Address: 300 East 2nd street Pine Bluff AR 71601

Name of defendant: Eward Adams

Position: Captain

Place of employment: Dub Brassell Detention Center

Address: 300 East 2nd street Pine Bluff AR 71601

Name of defendant: Greg Bolin

Position: Chief

Place of employment: Dub Brassell Detention Center

Address: 300 East 2nd street Pine Bluff AR 71601

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ☑

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

      ☐    Court (if federal court, name the district; if state court, name the county):

              _____

      ☐    Docket Number: _____

      ☐    Name of judge to whom case was assigned: _____

      ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      ☐    Approximate date of filing lawsuit: _____

      ☐    Approximate date of disposition: _____

IV.    Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    ✓ in jail and still awaiting trial on pending criminal charges

    ____ serving a sentence as a result of a judgment of conviction

    ____ in jail for other reasons (e.g., alleged probation violation, etc.)
        explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

          Yes ✓    No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓   No ___

If not, why? _____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 8th 2015 between 6:30 to 7:30 A.M I was housed in misdemenor Pod 2 and I was in my area where my bed is located and a white boy which I don't remember his name I asked Captain Ewards Adums and Chief Grey Bolin for his name but they refused to give it to me but the white boy walked over to my bed area which should be seen on camera and started hitting me so I started defending myself and (LT) Surell Deberry and Deputy Delucas Etherly ran in the Pod and started spraying Pepper Spray to my facial area to stop me and the white boy from fighting after we stop fighting because I couldn't see from all the Pepper spray In my eyes I screamed out I'm Done I'm Done I'm not fighting nomore I had my hands

2.

on the wall my back towards (Lt) Deberry and Deputy Delucas Etherly but they kept spraying pepper spray at the back of my head and my neck I screamed out Please, Please stop spraying me but they kept spraying me. Then (Lt) Surell Deberry finally told Deputy Delucas Etherly ok thats enough stop spraying him with the pepper spray so Deputy Delucas Etherly grab me by my jumpsuit and was trying to walk me out the pod but I couldn't see anything from all the pepper spray in my eyes I was walking real slow so he then started pushing me towards the door I heard the door open up he then pushed me into the picnic table and I hit the floor hard hurting my arm left one and my back this took place in the main hall way in front of captain Adams office I was on the floor screaming I can't see my eyes are burning so I felt someone grab both of my legs and I hurried and open my eyes to see who it was grabbing my legs and it was Deputy Delucas Etherly so he started dragging me all the way across the other side of the hall I heard another Deputy screaming Stop Etherly let him up I over heard him say fuck Holder he deserves this I said Please Stop several times but he kept cursing me out he drug me inside E pod and told me to get in the shower I refuse to because the showers haven't been on all day and the water was to hot to get in with the pepper spray still on me my back was hurting so bad the pain was so severe from getting drug all across the hall on my back from misdemenor 2 pod to E pod I did not get

3.
In the shower but I did go to an unknown detainee cell door that had a flap on it that were open and I asked him can he please give me several cups of cold water he did to cool the pepper spray down and to get it out my eyes he did us I asked him to after that deputies brought me a new jumpsuit and I kept asking for medical assistance but they kept denying me my back was hurting bad and the pepper spray so hot on my skin felt like my skin was coming off they took me to another pod which was A-Pod and place me on lockdown the next day I went to Disciplinary Court and Captain Ewald Adams did not want to hear my side of the story I told him to review the camera and he would see me getting attacked he told me to shut up and still gave me 30 days lockdown and he did not punish the white boy at all he did not lock the white boy down I'm the only one got punished and I'm the one that was attacked so I wrote grievances to Chief Greg Bolin appealing my 30 days lockdown and about (L.T) Surell Deberry and Deputy Delucas Etheriy constanly spraying me with pepper spray after I been had stop fighting and about Deputy Delucas Etheriy dragging me on my back but he denied my appeal kept me on lockdown and did nothing about Deputy Delucas Etheriy or (L.T) Surell Deberry or Captain Ewald Adams.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to compensate me for all the wrong they did to me and all the Injuries I sustained mentaly and Physicaly

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 14 day of October, 2016.

Christopher D. Holder

Signature(s) of plaintiff(s)

-8-