**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER DESHAUN HOLDER**                                                   **PLAINTIFF**

v.                                         **NO. 5:16CV00370 JLH/BD**

**SURELL DEBERRY, et al.**                                                             **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Holder's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Holder's claims against the Defendants in their official capacities are DISMISSED, without prejudice.

IT IS SO ORDERED this 5th day of January, 2017.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE