# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHRISTOPHER DESHAUN HOLDER**                                      **PLAINTIFF**

**V.**                     **CASE NO. 5:16-CV-00370-JLH-BD**

**SURELL DEBERRY, et al.**                                      **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**   **Discussion**

Christopher Deshaun Holder, formerly an inmate at the W.C. "Dub" Brassell Adult Detention Facility, filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entries #2, #3) Mr. Holder's recent mail has been returned to the Court as undeliverable. (#27, #29, #30)

On March 13, 2017, the Court ordered Mr. Holder to notify the Court of his current address within thirty days or risk dismissal of his lawsuit. (#28) As of this date, Mr. Holder has not provided the Court with a valid, current address, as ordered.

**III.    Conclusion**

The Court recommends that Mr. Holder's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's order and his failure to prosecute this lawsuit. In addition, Mr. Holder's pending motion to dismiss and his motion for extension of time (#23, #25) should be DENIED, as moot.

DATED this 17th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE