# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHRISTOPHER DESHAUN HOLDER                             PLAINTIFF

v.                  NO. 5:16CV00370 JLH-BD

SURELL DEBERRY, et al.                                         DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Holder's claims are DISMISSED, without prejudice, based on his failure to comply with a Court order and his failure to prosecute this lawsuit. His pending motion to dismiss and his motion for extension of time (docket entries #23, #25) are DENIED as moot.

IT IS SO ORDERED this 9th day of May, 2017.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE