# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHRISTOPHER DESHAUN HOLDER                           PLAINTIFF

v.                 NO. 5:16CV00370 JLH-BD

SURELL DEBERRY, et al.                                         DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE